# GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

March 25, 2019

**BY ECF**
Hon. Paul A Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: ***Singley v. Construction Realty Services Group, et al.*,**
     **Case No.: 18-cv-4782 (PAE)**

Dear Judge Engelmayer:

  I represent Plaintiff in the above-referenced matter. Please be advised that the parties have executed a settlement agreement in this matter. The agreement, however, provides that Defendants will not finish their payment obligations until June 1, 2019. Accordingly, if the Court chooses to dismiss the case at this time, I request that the Court extend the time for Plaintiff to reopen the matter for non-payment until June 10, 2019 so that Plaintiff would not be required to commence a separate matter in the event of non-payment. Defendants have consented to this request.

  Thank you for your attention to this matter.

              Sincerely yours,

              /s

              Jason L. Solotaroff

cc: Lisa Skruck, Esq.