# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

March 25, 2019

**BY ECF**
Hon. Paul A Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/19
```

Re:   *Singley v. Construction Realty Services Group, et al.,*
      Case No.: 18-cv-4782 (PAE)

Dear Judge Engelmayer:

I represent Plaintiff in the above-referenced matter. Please be advised that the parties have executed a settlement agreement in this matter. The agreement, however, provides that Defendants will not finish their payment obligations until June 1, 2019. Accordingly, if the Court chooses to dismiss the case at this time, I request that the Court extend the time for Plaintiff to reopen the matter for non-payment until June 10, 2019 so that Plaintiff would not be required to commence a separate matter in the event of non-payment. Defendants have consented to this request.

Thank you for your attention to this matter.

Sincerely yours,

/s

Jason L. Solotaroff

cc:   Lisa Skruck, Esq.

3/28/19

Denied. If plaintiff wishes to preserve the opportunity to seek enforcement of the settlement agreement before this Court without initiating a separate matter, plaintiff must file the settlement agreement on the public docket in this case. The Court would then retain jurisdiction over disputes regarding compliance with the settlement agreement.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge