

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY 11747

April 1, 2019

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
631.719.7811 fax
mcapobianco@littler.com

**VIA ECF**

Honorable Judge Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/3/19
```

**Re:   Singley v. Construction and Realty Services Group, Inc., et al.
        Civil Docket No.: 1:18-cv-04782-PAE**

Dear Honorable Engelmayer:

Kindly accept this letter correspondence as the undersigned's application to withdraw as attorney of record for Defendants, Construction and Realty Services Group, Inc. and Trade Off, LLC, in the above-referenced action.

The reason for my application is that I am no longer an associate at the law firm of Kaufman Dolowich & Voluck LLP.

As of March 11, 2019, I have been an associate of Littler Mendelson, P.C. The Defendants will continue to be represented by attorneys of record from the law firm of Kaufman Dolowich & Voluck LLP.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for the Defendants and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Thank you for your time and consideration of this instant request.

Respectfully submitted,

Matthew R. Capobianco

cc:   All Counsel of Record (via ECF Filing)

Granted.                                                    4/3/19
SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

littler.com